# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**In re:**

    **ANDREW JACKSON MARTIN**　　　　Case No.　　14-13715-RGM
        Debtor　　　　　　　　　　　　　　Chapter　　13

## MOTION TO WITHDRAW OBJECTION TO CLAIM NO. 2

    COMES NOW this day, Andrew Jackson, debtor, by counsel, to have his objection to claim No. 2, in the total amount of $1124.88, of which $882.00 has been filed as secured in this Bankruptcy case withdrawn on the following grounds:

    On June 18, 2015, United Consumer Financial Services, by counsel, Bass & Associates, PC., amended their proof of claim No. 2 and removed the secured portion of $882.00, leaving the total amount of the claim $1124.88 as unsecured.

    WHEREFORE, Andrew Jackson Martin, debtor, by counsel, moves this honorable Court for an Order withdrawing his objection to Claim No. 2, in this case.

                            Respectfully Submitted,
                            Andrew Martin Jackson

/s/Janet E. Boyd
Janet E. Boyd, Attorney At Law PLC
Janet E. Boyd, Esq. VSB No.: 67979
Phone No.:540-288-9559
Fax No.: 540-288-3227
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Motion to Withdraw Debtor's Objection to Claim, was sent via first-class mail, or via the courts electronic filing system, this 19th day of June 2015 to all necessary parties of interest to include:

| | |
|---|---|
| Thomas P. Gorman<br>300 N. Washington St. Ste 400<br>Alexandria, VA 22314 | United Consumer Financial Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Suite 200<br>Tucson, AZ 85712 |
| Office of the U.S. Trustee<br>115 South Union St. Ste. 210<br>Alexandria, VA 22314 | /s/Janet E. Boyd<br>_____<br>Janet E. Boyd |